UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

      - against -

CHRSTOPHER LEWIS,

              Defendant.

------------------------------------------------------X

14 Cr. 00164-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated March 28, 2014, is approved and accepted.

                                            SO ORDERED.

                                            Nelson S. Román
                                            United States District Judge

Dated: White Plains, NY
         April 7, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2014